# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1155

_____

Joshua D. Kochen

*Plaintiff - Appellant*

v.

Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: December 14, 2018
Filed: December 27, 2018
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Joshua D. Kochen appeals from the order of the District Court[1] affirming the denial of disability insurance benefits and supplemental security income. After de

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

novo review of the record and consideration of Kochen's arguments for reversal, we conclude that substantial evidence on the record as a whole supports the decision. See Fentress v. Berryhill, 854 F.3d 1016, 1019-20 (8th Cir. 2017) (discussing standard of review). Specifically, the administrative law judge's (ALJ's) determination on Kochen's residual functional capacity (RFC) is supported by substantial evidence. See Hensley v. Colvin, 829 F.3d 926, 931-32 (8th Cir. 2016) (noting that claimant has burden to establish his RFC); Wildman v. Astrue, 596 F.3d 959, 969 (8th Cir. 2010) (holding that RFC is influenced by determination that claimant's allegations are not credible, and that ALJ is not obligated to include limitations from opinions he properly disregarded). The judgment is affirmed.

_____